1
2
3
4
5

6           UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF WASHINGTON
7                      AT SEATTLE

8  _____
                                           )
9  VLADIMIR V. DORONIN,                    )
                                           )   No. C06-1140RSL
10                     Plaintiff,          )
          v.                               )
11                                         )   ORDER TO SHOW CAUSE
   ALBERTO R. GONZALES, *et al.*,          )   AND ORDER STRIKING
12                                         )   PLAINTIFF'S MOTION FOR
                       Defendants.         )   SUMMARY JUDGMENT
13 _____)

14      This matter comes before the Court *sua sponte*. The complaint in the above-captioned

15 matter was filed on August 11, 2006. In his complaint, plaintiff asserts claims against five

16 defendants: (1) Alberto R. Gonzales, Attorney General; (2) Eduardo Aguirre, former director of

17 United States Citizenship and Immigration Services ("USCIS"); (3) Jack W. Bennett, USCIS

18 Seattle District Director; (4) Michael Chertoff, Secretary of Homeland Security; and (5) USCIS.

19 Plaintiff, however, has not properly served defendants under Fed. R. Civ. P. 4.

20      Plaintiff's certificate of service states that plaintiff served defendants by presenting the

21 "foregoing" complaint "to the Clerk of the Court for filing and uploading to the CM/ECF

22 system" and "mailed [the complaint] by certified mail through United States Postal Service" to

23 defendants. See Dkt. #2 (Certificate of Service). No reference is made to the summons in the

24 certificate of service.

25

26 ORDER TO SHOW CAUSE
   AND ORDER STRIKING PLAINTIFF'S
   MOTION FOR SUMMARY JUDGMENT

Federal Rule of Civil Procedure 4(i) governs service of the United States, its agencies, corporations, officers, or employees.  Under Rule 4(i)(2), "Service on an agency or corporation of the United States, or an officer or employee of the United States sued only in an official capacity," and "[s]ervice on an officer or employee of the United States sued in an individual capacity for acts or omissions occurring in connection with the performance of duties on behalf of the United States" must be effected, in part, "by serving the United States in the manner prescribed by Rule 4(i)(1)."  Rule 4(i)(1), requires, among other things, that:

> (1) Service upon the United States shall be effected (A) by delivering a copy of the summons and of the complaint to the United States attorney for the district in which the action is brought or to an assistant United States attorney or clerical employee designated by the United States attorney in a writing filed with the clerk of the court or by sending a copy of the summons and of the complaint by registered or certified mail addressed to the civil process clerk at the office of the United States attorney[.]

Under Fed. R. Civ. P. 4(m), "[i]f service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint . . . the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant . . . provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period."

Accordingly, because plaintiff has failed to show that defendants have been properly served pursuant to Fed. R. Civ. P. 4, plaintiff is hereby ORDERED to show cause why the complaint shall not be dismissed.  Plaintiff shall file a responsive brief no later than February 9, 2007.  Additionally, plaintiff's motion for summary judgment filed on November 27, 2006 (Dkt. #8), is hereby STRICKEN pending resolution of the order to show cause.

DATED this 22nd day of January, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE
AND ORDER STRIKING PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT         -2-